79,522-02

May 26, 2015

Richard Goosby
c/0 9601 SPUR 591 (NOT A DOMOCILE)
Amarillo, Texas Republic [near 79107-9606]

To: Texas Court of Criminal Appeals
    P.O. Box 12308, CAPITOL STATION
    Austin, Texas 78711

Re: WRIT OF MANDAMUS

Dear CLerk;

       Enclosed please find the above named Relator's Original Application for
Writ of Mandamus to be filed in this court as soon as possible. Thank you
in advance for your time in this matter and do have a pleasent day

                                              Sincerely,

                                              [RICHARD GOOSBY]

encl...
RG/AA

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUN 02 2015

Abel Acosta, Clerk

| | | |
|---|---|---|
| [RICHARD GOOSBY] | § | In the 230th Judicial District |
| TDCJ # [*1793236*], | | Court of Harris County, Texas |
| Relator | § | |
| | § | |
| v. | § | |
| | § | |
| HARRIS COUNTY DISTRICT CLERK: | § | |
| CHRIS DANIEL | | |
| IN HIS OFFICIAL CAPACITY, | § | |
| Respondent | | |
| | § | |

## PLAINTIFF'S ORIGINAL APPLICATION FOR WRIT OF MANDAMUS

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, [RICHARD GOOSBY], Relator, pro se in the above-styled and numbered cause of action and files this Original Application for Writ of Mandamus, pursuant to Article 11.07 Section 3(c) of the Texas Code of Criminal Procedure, and would show the Court the following:

### I.

**RELATOR**

1.01 [RICHARD GOOSBY], TDCJ #[*1793236*] is an offender incarcerated in the Texas Department of Criminal Justice and is appearing pro se, who can be located at 9601 SPUR 591, PotteR County, Texas 79107-9606.

1.02 Relator has exhausted his remedies and has no other adequate remedy at law.

1.03 The act sought to be compelled is ministerial, not discretionary in nature. TCCrP Art. 11.07 Section 3(c) requires Respondent to immediately transmit to the Court of Criminal Appeals a copy of the Application for writ of habeas corpus, any answers filed, and a certificate reciting the date upon which that finding was made, if the convicting court decides that there are no issues to be resolved. No copy of the application for writ of habeas corpus, any answers filed, and a certificate reciting the date upon which that finding was made have been transmitted to the Court of Criminal Appeals. Had such documents been transmitted to the Court of Criminal Appeals by Respondent as required by statute, Relator would have received notice from the Court of Criinal Appeals.

### II.

**RESPONDENT**

2.01 Respondent, CHRIS DANIEL, in his capacity as District Clerk of Harris County, Texas has a ministerial duty to receive and file all papers in a criminal

proceeding, and perform all other duties imposed on the clerk by law pursuant to TCCrP Act. 2.21, and is responsible under 11.07 sec 3(c) to immediately transmit to the Court of Criminal Appeals a copy of the application for writ of habeas corpus, any answers filed, and a certificate reciting the date upon which that finding was made if the convicting court decides that there are no issues to be resolved. Chris Daniel, District Clerk, Harris County may be served at his place of business at P.O. Box 4651, Houston, Texas 77210-4651.

### III.

**VIOLATION OF ARTICLE 11.07 OF THE TEXAS CODE OF CRIMINAL PROCEDURE**

3.01 The Respondent violated Article 11.07 Section 3(c) of the Texas Code of Criminal Procedure by failing to provide a copy of the application for writ of habeas corpus, any answers filed, and a certificate reciting that the date upon which that finding was made to the Court of Criminal Appeals within the time prescribed by law and within a reasonable time from the date on which the documents were requested to be transmitted.

3.02 Requests for the transmittal of the application for the writ of habeas corpus, any answers filed, and a certificate reciting the date upon which that finding was made by Relator to CHRIS DANIEL, District Clerk, Harris County, by certified mailed letters dated 11/24/2014; 04/16/2015; pursuant to Article 11.07 section 3(c) of the Code of Criminal Procedure. True and Correct copies of the above letters are attached hereto as Exhibits "A" and "B" and are incorporated by reference herein for all purposes.

3.03 To date, Relator has received no response from Respondent regarding Relator's request for transmittal of a copy of the application for writ of habeas corpus, any answers filed, and a certificate reciting the date upon which that finding was made to the Court of Criminal Appeals.

3.04 As is clear from Relator's letters, Relator has repeatedly put Respondent on notice that Relator seeks the transmittal of a copy of the application for writ of habeas corpus, any answers filed, and a certificate reciting the date upon which that finding was made to the Court of Criminal Appeals and that such records are required by the Court of Criminal Appeals to act on Relator's writ of Habeas Corpus. Relator has gone well beyond any requirement or obligations imposed upon him by the Texas Code of Criminal Procedure. In contrast to Relator's efforts, Respondent has wholly failed to comply with the Texas Code of Criminal Procedure, Article 11.07 Section 3(c), is acting in bad faith, and has also failed to afford Relator the

2

professional and common courtesy of any written responses to his correspondence and request.

3.05    Article 11.07 Section 3(c) clearly states that "[i]f the convicting court decides that there are no such issues, **the clerk shall immediately transmit**[emphasis added] to the Court of Criminal Appeals a copy of the application, any answers filed, and a certificate reciting the date upon which that finding was made. Failure of the court to act within the allowed 20 days shall constitute such a finding." Texas Code of Criminal Procedure Article 11.07 Sec. 3(c). Respondent is in violation of this procedure, ministerial duties, and thus the laws of this state.

## IV.

**PRAYER FOR RELIEF**

WHEREFORE, PREMISES CONSIDERED, Relator, [RICHARD GOOSBY], pro per, respectfully request a finding that the Respondent did not transmit documents to the Court of Criminal Appeals within a reasonable time after the date they were requested and that Relator his litigation in good faith and has substantially prevailed. Relator prays for an order directing Respondent to transmit a copy of the application for writ of habeas corpus, any answers filed, and a certificate reciting the date upon which that finding was made to the Court of Criminal Appeals as directed in Article 11.07 Section 3(c) of the TexaS Code of Criminal Procedure and as requested in Relator's letters (Exhibits "A" & "B").

**AFFIDAVIT**

THE STATE OF TEXAS       §

                         §

COUNTY OF POTTER         §

I swear under oath that the facts and allegationsin the above APPLICATION FOR WRIT OF MANDAMUS are true and correct.

_____
Relator

SIGNED UNDER OATH BEFORE ME, on this the      day of           , 2015.

_____
Notary Public in and for
the STATE OF TEXAS

**UNSWORN DECLARATION**

I do declare under penalty of perjury under the laws of Texas, a Republic, and without the united States of America, that the foregoing facts are true, correct, complete and certain under Title 28 U.S.C. §1746(1) to the best of my knowledge and ability.

X _____
[RICHARD GOOSBY]

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above APPLICATION FOR WRIT OF MANDAMUS was served on May 26, 2015 by placing a copy in the U.S. Mail addressed to: COURT OF CRIMINAL APPEALS P.O. Box 12308, CAPITOL STATION, Austin, Texas 78711 on this the 26th day of May, 2015.

X _____
[RICHARD GOOSBY]

3

Cause No. 1315052-B

[RICHARD GOOSBY]                          §    IN THE 230th JUDICIAL
TDCJ-ID [          ],                     §    DISTRICT COURT OF
                    Relator               §    HARRIS COUNTY, TEXAS

v.                                        §

Harris County District Clerk             §
CHRIS DANIEL
IN HIS OFFICIAL CAPACITY,                 §
                    Respondent

## ORDER

On this day, came on to be heard the foregoing Relator's Application for Writ of Mandamus and it appears to the Court that the same should be:

_____ GRANTED

IT IS THEREFORE ORDERED THAT The District Clerks shall immediately transmit to the Court of Criminal Appeals a copy of the application for writ of habeas corpus, any answers filed and a certificate reciting the date upon which that transmittal was made.

SIGNED on this the ____ day of _____, 2015.


                                                    _____
                                                    Presiding Judge